JOHN T. BOUCHER *v.* JESSE SATTERFIELD.

**Exceptions—Bill of—Verdict Contrary to Evidence.**
    In the absence of a statement in a bill of exceptions that it contained
    all the evidence heard on the trial in behalf of both parties, the court
    of appeals will not reverse.

APPEAL FROM CALDWELL CIRCUIT COURT.

December 12, 1871.

OPINION OF THE COURT BY JUDGE PETERS:

It may be inferred from what is stated in the bill of exceptions
that it contains all the evidence adduced on the trial by appellant,
but there is no statement that it contains all the evidence heard
on the trial on behalf of appellee. And in the absence of such
statement this court can not reverse a judgment because it is
founded on a verdict rendered contrary to evidence.

All the instructions given appear to have been asked by appellant, or if not they were not objected to, and they appear as favorable as he was entitled to have them. And as no available error
for reversal is presented, the judgment is *affirmed.*

*Lyle, G. W. Duvall, for appellant.*
*Hewlett, for appellee.*